TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00002-CV

E. I. du Pont de Nemours and Company, Appellant

v.

Clayton R. Parker, Sr. and Minnie T. Parker, Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT

NO. 96-10109, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING 

PER CURIAM

 The parties have filed an agreement signed by all counsel asking this Court to
dismiss the appeal. Tex. R. App. P. 42(a)(1). We will dismiss the appeal according to the
parties' agreement.

Before Chief Justice Yeakel, Justices Aboussie and Jones

Appeal Dismissed on Joint Motion

Filed: April 9, 1998

Do Not Publish